# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Dana Berkley, individually and on behalf of all others similarly situated, | ) ) ) | Case No. 1:23-cv-00674 |
| Plaintiff, | ) ) | Notice of Voluntary Dismissal With Prejudice |
| v. | ) ) | |
| Unilever United States, Inc., | ) ) | |
| Defendant. | ) ) | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Dana Berkley hereby voluntarily dismisses with prejudice all claims, with each party to bear her/its own attorneys' fees and costs.

Dated: July 31, 2023

Respectfully submitted,

/s/ *Spencer Sheehan*
Sheehan & Associates, P.C.
60 Cuttermill Rd Ste 412
Great Neck, NY 11021
(516) 268-7080
spencer@spencersheehan.com

*Counsel for Plaintiff Dana Berkley*